SPAGL (MARY), Respondent, vs. BALLARD and another, Appellants.
SPAGL (MIKE), Respondent, vs. BALLARD and another, Appellants.

For the appellants: *Lamfrom, Tighe, Engelhard & Peck* of Milwaukee.

For the respondents: *T. H. Skemp* and *Q. H. Hale,* both of La Crosse.

*By the Court.*—Judgment affirmed.

*June 20, 1932.*

GISIN (ALBERT), Respondent, vs. GILLIS, Appellant.

For the appellant: *Powell & Sprowls* of Superior.

For the respondent: *Curran & Sher* of Superior.

*By the Court.*—Judgment affirmed.

SCHMALING, Administratrix, Appellant, vs. WISCONSIN MICHIGAN POWER COMPANY, Respondent.

For the appellant: *Martin & Martin* of Green Bay.

For the respondent: *Homer H. Benton* of Appleton and *Shaw, Muskat & Paulsen* of Milwaukee.

*By the Court.*—Judgment affirmed.